### 19870.   PIERCE, Mayor, *et al. v.* CULLENS.

DUCKWORTH, Chief Justice.   Since the evidence shows that the petitioner, who is seeking the writ of mandamus to require the city officials of the City of Dublin to issue him a building permit, has not executed an agreement required by ordinance of the city as a prerequisite to the issuance of such permit, a judgment denying the relief sought is demanded, and it was error to grant the writ.   Compare *City of Pearson* v. *Glidden Co.,* 205 *Ga.* 738 (55 S. E. 2d 125) ; *Hadden* v. *Pierce,* 212 *Ga.* 45 (90 S. E. 2d 405).

*Judgment reversed.   All the Justices concur.*

ARGUED OCTOBER 14, 1957—DECIDED NOVEMBER 8, 1957.

*W. W. Larsen, Jr., H. Dale Thompson,* for plaintiffs in error.
*Harold E. Ward,* contra.